IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID SESAY,

    Petitioner,

v.                                                            Civil Action No. **3:13CV574**

JEFFREY CRAWFORD, *et al.*,

    Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on November 4, 2013, the Court directed Petitioner to show cause why his 28 U.S.C. § 2241 petition should not be dismissed. On November 14, 2013, the United States Postal Service returned the November 4, 2013, Memorandum Order to the Court marked, "RETURN TO SENDER," and "no longer lives here." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 12-12-13
Richmond, Virginia

/s/
James R. Spencer
United States District Judge